JOSEPH I. KELLY, RESPONDENT, v. LEMBECK & BETZ EAGLE BREWING COMPANY, APPELLANT.

Argued March 10, 1915—Decided June 14, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 471.

For the respondent, *Collins & Corbin*.

For the appellant, *D. Eugene Blankenhorn*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ. 11.

*For reversal*—None.